UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AEYE, INC. f/k/a
CF FINANCE ACQUISITION CORP. III

                        Plaintiff,                  **22-CV-4964 (RA) (VF)**

        -against-                            **ORDER**

ALL BLUE FALCONS FZE,

                        Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint letter, updating the Court on the status of discovery, by November 30, 2022.

                   **SO ORDERED.**

DATED:    New York, New York
                October 11, 2022

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge