# SHER TREMONTE LLP

December 9, 2022

**Application Granted**
/s/ Valerie Figueredo, U.S.M.J.
DATED: 12-12-2022

The 12/13/22 conference is rescheduled to 1/11/23 at 10:00 a.m. The dial-in information remains the same.

**BY ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *AEye, Inc. f/k/a CF Finance Acquisition Corp. III v. All Blue Falcons FZE*
             Case No. 1:22-cv-04964 (RA) (VF)

Dear Judge Figueredo:

    We represent Plaintiff, AEye, Inc., in the above-referenced matter. Pursuant to Section I(e) of Your Honor's Individual Practices in Civil Cases, we write to respectfully seek an adjournment of the discovery conference currently scheduled for December 13, 2022 at 10:00 AM. This is the Parties' first request for an adjournment of the conference.

    The Parties seek an adjournment of the conference to afford them additional time to meet-and-confer on outstanding discovery disputes. We have conferred with Counsel for Defendant, All Blue Falcons FZE, who consents to and joins in this request. The Parties are available to appear before the Court the week of January 9, 2023, exclusive of January 10, 2023.

    We appreciate the Court's attention to this matter.

                                 Respectfully submitted,

                                 /s/ *Erica A. Wolff*

                                 Erica A. Wolff

cc:    All counsel of Record (by ECF)