UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AEYE, INC. f/k/a
CF FINANCE ACQUISITION CORP. III

                            Plaintiff,                    **22-CV-4964 (RA) (VF)**

            -against-                           **ORDER**

ALL BLUE FALCONS FZE,

                          Defendant(s).
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated on the record at the conference held on May 23, 2023, AEye Inc.'s request to compel Daniel Cookson to travel to New York for deposition is **denied.**

                    **SO ORDERED.**

DATED:    New York, New York
               May 23, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge