UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AEYE, INC. f/k/a
CF FINANCE ACQUISITION CORP. III

                            Plaintiff,                    **22-CV-4964 (RA) (VF)**

       -against-                                **ORDER**

ALL BLUE FALCONS FZE,

                          Defendant(s).
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the conference held on May 23, 2023, Defendants were directed to inform the Court as to where in Canada Matthew Novak resides. To date, Defendants have not provided that information. Defendants are therefore directed to inform the Court as to where in Canada Mr. Novak resides by **Thursday, June 1, 2023.**

                          **SO ORDERED.**

DATED:     New York, New York
               May 30, 2023

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge