UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

---

AEYE, INC., *formerly known as* CF FINANCE ACQUISITION CORP. III,

                Plaintiff,

v.

ALL BLUE FALCONS FZE,

                Defendant.

No. 22-CV-4964 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On June 27, 2023, Judge Figueredo granted the application of Olshan Frome Wolosky LLP, Jeremy M. King, and Jacqueline Y. Ma to withdraw as counsel for Defendant and Counterclaim-Plaintiff All Blue Falcons FZE ("All Blue"), and directed All Blue to engage new counsel by July 28, 2023, or otherwise file a letter informing the Court of the status of its efforts to obtain new counsel, given that corporations may not proceed *pro se*. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001). All Blue has not filed a letter to date, nor has a new attorney made an appearance. Meanwhile, Plaintiff and Counterclaim-Defendant AEye, Inc. ("AEye") sought leave to move for default judgment if, by July 28, All Blue had not retained new counsel nor filed a letter as directed.

    No later than September 1, 2023, a new attorney must either enter an appearance for All Blue, or All Blue must file a status letter as directed in Judge Figueredo's Order dated June 27, 2023. If All Blue has taken neither action by September 1, AEye will be granted leave to obtain a Certificate of Default and move for default judgment.

The Clerk of Court is respectfully directed to stay this action pending further order from the Court.

SO ORDERED.

Dated:　　August 8, 2023
　　　　　　New York, New York

_____
Ronnie Abrams
United States District Judge