UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
AEYE, INC. f/k/a
CF FINANCE ACQUISITION CORP. III

                              Plaintiff,                       22-CV-4964 (RA) (VF)

            -against-                               **ORDER**

ALL BLUE FALCONS FZE,

                              Defendant(s).
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff and Counterclaim Defendant AEye, Inc. f/k/a/ CF Finance Acquisition Corp. III, is directed to file any Opposition to Defendant and Counterclaim Plaintiff All Blue Falcons FZE's Motion to Vacate the Clerk's Certificate of Default (ECF No. 93) by **Friday, September 6, 2024**. Defendant is directed to file any reply to Plaintiff's Opposition by **Friday, September 20, 2024**.

                        **SO ORDERED.**

DATED:     New York, New York
                August 9, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge