UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEYE, INC.,

                    Plaintiff,                                No.  22-cv-4964 (RA)

         v.                                                   ORDER

ALL BLUE FALCONS FZE,

                    Defendant.

RONNIE ABRAMS, United States District Judge:

         The Clerk of Court is respectfully directed to lift the stay in this case.

SO ORDERED.

Dated:     April 10, 2026
           New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge