**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AEYE, INC.
f/k/a CF FINANCE ACQUISITION CORP. III,

Plaintiff,

v.

ALL BLUE FALCONS FZE,

Defendant.

Case No. 1:22 Civ. 04964 (RA) (VF)

**DEFAULT JUDGMENT**

This action having been commenced, by Plaintiff AEye, Inc. ("AEye" or "Plaintiff") on June 13, 2022, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant All Blue Falcons FZE (Commercial License No. 5023670) ("All Blue") in accordance with Article 5(b) of the Hague Convention; and proof of such service having been filed on August 17, 2022; and Defendant All Blue, despite having appeared through counsel and defended the action, having subsequently ceased defending the action and having therefore defaulted and admitted the allegations against it; and the Clerk of the Court having entered default against Defendant All Blue; and the Court, by Order dated August 5, 2026 (ECF No. 128), having deemed admitted against Defendant All Blue the allegations in the Complaint including that AEye, Inc. f/k/a CF Finance Acquisition Corp. III and All Blue Falcons FZE entered into a subscription agreement for the issuance of shares, dated February 17, 2021, AEye performed under the subscription agreement, and Defendant All Blue breached the subscription agreement by failing to pay $5,000,000 for shares of AEye's Class A common stock; and Plaintiff's Motion for Default Judgment having been granted on August 5, 2026 (ECF No. 128), it is hereby:

**ORDERED, ADJUDGED AND DECLARED**: That the Plaintiff AEye shall have judgment against Defendant All Blue for breach of the subscription agreement, dated February 17, 2021, between AEye, Inc. f/k/a CF Finance Acquisition Corp. III and All Blue Falcons FZE;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECLARED**: That Defendant All Blue or its designated affiliate, assignee, successor, or representative shall make payment to Plaintiff AEye in the amount of $5,000,000 with interest at 9% per annum from and including August 14, 2021 to the date of entry, such interest amounting to $2,277,123.29 for a total payment of $7,277,123.29 (the "Purchase Price").

**IT IS FURTHER ORDERED, ADJUDGED, DECREED** That Defendant All Blue's Answer, Affirmative Defenses are stricken and its Counterclaims dismissed in their entirety with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECLARED** That Defendant All Blue shall pay to AEye, attorneys' fees in the amount of $26,944.13 (the "Attorneys' Fees Award"), such that All Blue shall pay to AEye a total of $7,304,067.42, inclusive of the Purchase Price and the Attorneys' Fee Award.

Dated: New York, New York
Sept. 4, 2026 2026

Ronnie Abrams
United States District Judge

This document was entered on the docket on ________________________.