UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEYE, INC. f/k/a/ CF FINANCE ACQUISITION CORP. III,

Plaintiff,

v.

ALL BLUE FALCONS FZE,

Defendant.

22-CV-4964 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 4, 2026
New York, New York

Ronnie Abrams
United States District Judge